UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY,

Plaintiff,

-v-

TERRASMART, INC. F/K/A RBI SOLAR, INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 2806 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff Allianz Global Risks U.S. Insurance Company ("Plaintiff") was required to serve a summons and the complaint (Dkt. No. 1 (the "Complaint")) on Defendant Terrasmart, Inc. f/k/a RBI Solar, Inc. ("Defendant") by July 6, 2026. See Fed. R. Civ. P. 4(m). To date, Plaintiff has not filed proof of service of the summons and Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file proof of service of the summons and Complaint on Defendant up to and including **July 21, 2026**.

PLAINTIFF IS WARNED THAT FAILURE TO FILE PROOF OF SERVICE OF THE SUMMONS AND COMPLAINT BY **JULY 21, 2026** MAY RESULT IN THE UNDERSIGNED RECOMMENDING THAT THE COURT DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT FOR FAILURE TO PROSECUTE.

Dated: New York, New York
July 7, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**